UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* RIBIK, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NUMBER:<br>1:09cv13 (CMH/TCB) |
| v. | ) <br> ) <br> ) | |
| MANOR CARE, INC., et al., | ) <br> ) | FILED *EX PARTE* AND UNDER<br>SEAL PURSUANT TO 31 U.S.C. |
| Defendants. | ) <br> ) <br> ) | § 3729(b) |
| | ) <br> ) | **JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* CARSON, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NUMBER:<br>1:11cv1054 (CMH/TCB) |
| v. | ) <br> ) <br> ) | FILED *EX PARTE* AND UNDER<br>SEAL PURSUANT TO 31 U.S.C. |
| HCR MANORCARE, et al., | ) <br> ) | § 3729(b) |
| Defendants. | ) <br> ) | **JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* SLOUGH, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NUMBER:<br>1:14cv1228 (CMH/TCB) |
| v. | ) <br> ) <br> ) | FILED *EX PARTE* AND UNDER<br>SEAL PURSUANT TO 31 U.S.C. |
| HCR MANORCARE, et al., | ) <br> ) | § 3729(b) |
| Defendants. | ) <br> ) | **JURY TRIAL DEMANDED** |

## **ORDER**

The United States having intervened in part of these actions and having declined to intervene in part of these actions pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the United States serve its Complaint upon defendants, together with this Order, within 120 days;

2. the relators shall have up to 21 days after the deadline by which the United States must file its Complaint in this case to file motions for leave to file separate, Amended Complaints in this action;

3. the relators' complaints, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order remain under seal for 60 days following the date of this Order, after which time they shall be unsealed;

4. all other papers or Orders on file in these matters shall remain under seal;

5. as to the parts of the actions in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in those parts of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in those parts of the actions, for good cause, at any time;

6. all orders of this Court shall be sent to the United States; and that

7. should the relators or the defendants propose that the parts of these actions in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 11th day of Dec., 2014.

_Claude M. Hilts_
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Notice of Election to Intervene in Part and to Decline in Part and proposed Order have been sent via first-class mail, postage pre-paid, to the party noted below, on December 8, 2014.

Jeffrey J. Downey, Esq.
1225 I Street, NW
Suite 600
Washington, DC 20005

Counsel for Relator Christine Ribik

Ashish S. Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104

Counsel for Relator Marie Slough

Eugene J. Benick
Finkelstein Thompson LLP
1077 30th Street, N.W.
Suite 150
Washington, DC 20007

Counsel for Relator Patrick Carson

William L. Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, New Jersey 07042

Counsel for Relator Patrick Carson

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because these consolidated actions are still under seal.

Monika L. Moore
Assistant United States Attorney
Counsel for the United States 2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3779
Fax: (703) 299-3983
Monika.Moore@usdoj.gov