UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* RIBIK,<br><br>    Plaintiffs,<br><br>v.<br><br>MANOR CARE, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:09cv13 (CMH/TCB)<br><br>FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3729(b)<br><br>**JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* CARSON,<br><br>    Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, et al.,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:11cv1054 (CMH/TCB)<br><br>FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3729(b)<br><br>**JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* SLOUGH,<br><br>    Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, et al.,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:14cv1228 (CMH/TCB)<br><br>FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3729(b)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The United States having intervened in part in these actions and having declined to intervene in part in these actions pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The relators' complaints, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, the Court's December 11, 2014 Order, the Government's February 6, 2015 Application For Extension of Seal for Additional Sixty Days, and this Order shall remain under seal until April 10, 2015, after which time they shall be unsealed; and

2. all other papers or Orders on file in these matters shall remain under seal;

IT IS SO ORDERED,

This 11th day of Feb., 2015.

_Claude M. Hilton_
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Application For Extension of Seal for Additional Sixty Days and proposed Order have been sent via first-class mail, postage pre-paid, to the parties noted below, on February 6, 2015.

Jeffrey J. Downey, Esq.
1225 I Street, NW
Suite 600
Washington, DC 20005

Counsel for Relator Christine Ribik

Ashish S. Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104

Counsel for Relator Marie Slough

Eugene J. Benick
Finkelstein Thompson LLP
1077 30th Street, N.W.
Suite 150
Washington, DC 20007

Counsel for Relator Patrick Carson

William L. Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, New Jersey 07042

Counsel for Relator Patrick Carson

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because these consolidated actions are still under seal.

Monika L. Moore
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3779
Fax: (703) 299-3983
Monika.Moore@usdoj.gov

RECEIVED

2015 FEB -6  P 1: 55

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA