RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2015 APR 10 P 3: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* RIBIK,<br><br>    Plaintiffs,<br><br>v.<br><br>MANOR CARE, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:09cv13 (CMH/TCB)<br><br>FILED *EX PARTE* AND UNDER<br>SEAL PURSUANT TO 31 U.S.C.<br>§ 3729(b) |
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* CARSON,<br><br>    Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, et al.,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:11cv1054 (CMH/TCB)<br><br>FILED *EX PARTE* AND UNDER<br>SEAL PURSUANT TO 31 U.S.C.<br>§ 3729(b) |
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* SLOUGH,<br><br>    Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, et al.,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:14cv1228 (CMH/TCB)<br><br>FILED *EX PARTE* AND UNDER<br>SEAL PURSUANT TO 31 U.S.C.<br>§ 3729(b) |

## [PROPOSED] ORDER

On December 8, 2014, the United States intervened in part of these actions and declined to intervene in part of these actions pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4). By order entered on February 11, 2015, the Court stayed the unsealing of the Relators' Complaints, the Government's Notice of Election To Intervene in Part and To Decline To Intervene in Part, the Court's December 11, 2014 Order, and the Court's February 11, 2015 Order until April 10, 2015, after which time these documents would be unsealed. By Order entered on December 11, 2014, the Court ordered that all other papers or Orders on file prior to December 11, 2014 remain under seal. Accordingly, it is hereby ORDERED that

1. the Relators' Complaints, the Government's Notice of Election To Intervene in Part and To Decline To Intervene in Part, the Court's December 11, 2014 Order, and the Court's February 11, 2015 Order be unsealed;

2. all other papers or Orders on file prior to December 11, 2014 shall remain under seal;

3. the United States' Complaint, the United States' <u>Ex Parte</u> Application To Unseal the Government's Complaint and All Documents Filed After Entry of the Requested Order, and this Order shall be unsealed; and

4. all documents filed after the date of this Order shall be unsealed.

This 20th day of April, 2015.

_Claude M. Hilton_
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing have been sent via first-class mail, postage pre-paid, to the parties noted below, on April 10, 2015.

Jeffrey J. Downey, Esq.
1225 I Street, NW
Suite 600
Washington, DC 20005

Counsel for Relator Christine Ribik

Ashish S. Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104

Counsel for Relator Marie Slough

Eugene J. Benick
Finkelstein Thompson LLP
1077 30th Street, N.W.
Suite 150
Washington, DC 20007

Counsel for Relator Patrick Carson

William L. Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, New Jersey 07042

Counsel for Relator Patrick Carson

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants.

Monika L. Moore
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3779
Fax: (703) 299-3983
Monika.Moore@usdoj.gov