# Exhibit D

| DISCIPLINE CODES: | A - Activities D - Dietary | N - Nursing S - Social Services | PT - Physical Therapy M - Physician's Services | ST - Speech Therapy OT - Occupational Therapy | PH - Pharmacy PD - Podiatry | OR - Other |

### INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | PROGRESS NOTES & COMMENTS | SIGNATURE | DISCIPLINE |
|---|---|---|---|---|
| | | Redacted | | |
| 7/13/09 | 15:30 | Call placed to Dr Pautner's office requesting swallow & ST eval & tx for cognition. Message left. Awaiting return call. | | |
| | 1550 | Orders for ST rec'd | | |
| | | Redacted | | |

Physician: Paukner

Personal or Business Confidential – Not available for release under FOIA

HCRMC_0045565

# HCR ManorCare

**PHYSICIAN ORDERS**
**SPEECH-LANGUAGE PATHOLOGY**

| | |
|---|---|
| Name: Last, First, M.I. — Redacted | Physician: Faukner |
| Medical Record #: Redacted | Date: 7/14/09 |
| Room #: Redacted | Facility Name & Number: WMNH 3131 |

Order requested by (print): Dana Kipp MS-CF/SLP

## TREATMENT APPROACHES:

- [ ] Speech-Language Evaluation
- [x] Speech-Language Evaluation & Treatment of Speech, Language, Hearing
- [ ] Treatment of Speech, Language, Hearing
- [ ] Swallow (Dysphagia) Evaluation
- [x] Swallow (Dysphagia) Evaluation & Treatment
- [ ] Swallow (Dysphagia) Treatment
- [ ] Cognitive Skills Development
- [ ] Speech-Generating AAC Evaluation
- [ ] Speech-Generating AAC Treatment
- [ ] Instrumental Assessment of Swallowing (MBS)
- [ ] Auditory Rehab Evaluation
- [ ] Other (specify)

- [ ] 30 Day Part B Physician Certification/Recertification
- [ ] Discharge Speech-Language Treatment
- [ ] Discharge Swallow (Dysphagia) Treatment

## DYSPHAGIA DIAGNOSIS:

- [ ] 438.82 Other late effects of cerebrovascular disease, Dysphagia
- [ ] 787.20 Dysphagia, unspecified
- [x] 787.21 Dysphagia, oral phase
- [ ] 787.22 Dysphagia, oropharyngeal phase
- [ ] 787.23 Dysphagia, pharyngeal phase
- [ ] 787.24 Dysphagia, pharyngoesophageal phase
- [ ] 787.29 Other dysphagia

## DIET CONSISTENCY RECOMMENDATIONS: *CONTINUE ALL THERAPEUTIC/NUTRITIONAL COMPONENTS OF THE DIET*

**SOLIDS:**
- [ ] Pureed
- [x] Dysphagia Mechanically Altered
- [ ] Mechanical Soft
- [ ] Regular
- [ ] NPO

**LIQUIDS:**
- [x] Thin
- [ ] Nectar-Like
- [ ] Honey-Like
- [ ] Spoon-Thick
- [ ] Therapeutic Feedings by SLP (describe): _____

## ADAPTIVE EQUIPMENT/AAC RECOMMENDATION:

Frequency: 5 Days Per Week   ✓ QD (Daily)   ___ BID

Duration (in days): 30

Precautions:

Physician's Signature: [signature]   Date: 7/23/09

Signature of Nurse/Therapist Receiving Order

Signature of Nurse Noting Order

| Date Order Received: | Time Order Received: ☐ a.m. ☐ p.m. | Date Order Noted: | Time Order Noted: ☐ a.m. ☐ p.m. |

FMC-1504-SLP (Rev. 01/08) © 2008 HCR ManorCare   PHYSICIAN ORDERS SPEECH-LANGUAGE PATHOLOGY
WHITE - Original   CANARY - Pharmacy   PINK - Chart
Reorder From: DSSI / MED-PASS

Personal or Business Confidential – Not available for release under FOIA   HCRMC_0046090