IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTINE RIBIK, PATRICK GERARD, and MARIE SLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>HCR MANOR CARE, INC., MANOR CARE, INC., HCR MANOR-CARE SERVICES, LLC and HEARTLAND EMPLOYMENT SERVICES, LLC,<br><br>Defendants. | Civil Action No. 1:09-cv-00013<br>1:11-cv-1054<br>1:14-cv-1228 |

**ORDER**

THIS MATTER comes before the Court on Defendants' Motion to Dismiss the Complaint in Intervention. For reasons stated from the bench, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 8, 2015