IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* Christine Ribik, )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>HCR MANOR CARE INC. et al., )<br>)<br>        Defendants )<br>)<br>_____) | Civil Action No. 1:09 cv 13-CMH-TCB<br>(Lead Case) |

## MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

COMES NOW Christine Ribik, by counsel, and files this her Motion to Compel Discovery and for Sanctions and incorporates by reference her Memorandum in Support of her Motion to Compel and for Sanctions filed herewith and pursuant to Rule 30 of the Federal Rules of Civil Procedure and other applicable authority as cited, hereby respectfully moves this Court to compel the reconvening of the deposition of Chief Operating Officer Stephen Guillard at the plaintiff's counsel's office at the defendants' expense; that the deposition will be conducted by counsel for Relator Christine Ribik for a period of not to exceed three (3) hours; the witness to be instructed not to engage in additional preparation including reviewing of his unfinished deposition testimony, or discussing his testimony within any other third party; requiring defendants' counsel not to direct or request that witness not answer a question unless the counsel has objected to the question on the grounds that the answer is protected by a privilege or limitation of evidence directed by the Court; limiting defendants counsel from making objections

1

or statements which might suggest answers to a witness; to instruct counsel to make objections pursuant to the applicable Rules of Court; permitting relator's counsel to participate in future depositions, over the seven (7) hour allocated for a period not less than one (1) hour; and any additional relief this Court finds just and proper, and any additional relief this Court finds just and appropriate including limiting Mr. Dubelier's participation in future depositions.

Respectfully Submitted,

/s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq., VA Bar #31992
The Law Office of Jeffrey J. Downey, PC
8270 Greensboro Drive, Suite 810
McLean, VA  22102
Ph: 703-564-7318
Fax: 703-883-0108
*Counsel for Plaintiff/Relator, Christine Ribik*

/s/ Kevin L. Locklin
Kevin L. Locklin, VSB No. 21081
Locklin & Coleman, PLLC
9253 Mosby Street, Suite 100
Manassas, Virginia  20110
(703) 392-6686 Phone
(703) 393-7999 Fax
*Co- Counsel for Plaintiff/Relator, Christine Ribik*

## CERTIFICATE OF SERVICE

I HEREBY AFFIRM that a true and correct copy of the foregoing Motion was sent to the below referenced parties and/or their counsel and on all counsel of record by using the CM/ECF system, which generated a Notice of Electronic filing, on this 17th day of May, 2017:

Robert O. Wilson
Finkelstein Thompson LLP
1077 30th Street, N.W., Suite 150
Washington, DC 20007
*Counsel for Relator Patrick Carson*

William L. Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
*Counsel for Relator Patrick Carson*

Eric Dubelier
Katherine J. Seikaly
Daniel Z. Herbst
Carol C. Loepere
Brent R. Gary
Suite 1100 East Tower
Washington, DC 20005
*Counsel for HCR ManorCare Inc,
Manorcare, Inc, HCR ManorCare Services, LLC
and Heartland Employment Services, LLC*

Ashish S. Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104
*Counsel for Relator Marie Slough*

Jeffrey J. Downey
The Law Office of Jeffrey J. Downey PC
8270 Greensboro Drive, Suite 810
McLean, VA 22102
*Counsel for Plaintiff/Relator Christine Ribik*

Monika Moore, AUSA
2100 Jamieson Ave
301 K Street, NW
Alexandria VA, 22314
*Counsel for the United States*

/s/ Kevin L. Locklin
Kevin L. Locklin, VSB No. 21081
Locklin & Coleman, PLLC
9253 Mosby Street, Suite 100
Manassas, Virginia 20110
(703) 392-6686 Phone
(703) 393-7999 Fax
*Co- Counsel for Plaintiff/Relator, Christine Ribik*