IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHRISTINE A. RIBIK,<br><br>    Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:09-cv-00013<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED ORDER

THIS MATTER comes before the Court on Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b). In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED, and this case is dismissed as to the claims of Consolidated Plaintiff Patrick Gerard Carson.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 16, 2017