# EXHIBIT 1



**U.S. Department of Justice**

Civil Division

Tel. (202) 616-4232

Washington, DC 20530

October 15, 2017

**Via Electronic Delivery**

Eric A. Dubelier
Katherine J. Seikaly
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005

Re:   *U.S. ex rel. Ribik, et al., v. HCR ManorCare, Inc. et al.*,
       *(E.D. Va.) Civil Action No. 1:09cv13 (CMH/TCB)*

Counsel:

On behalf of the United States, we are sending via JEFS the United States' Production 042 in our rolling production of documents. This production contains the following documents:

- In response to Kate's September 22, 2017 email regarding the production of AdvanceMed documents, we are producing the full pages from the CMS Fraud Investigation Database which contain information that was not visible in the original production (US-HCRMC-01873298 to US-HCRMC-01873396);

- Perrysburg medical records (US-HCRMC-01873397 to US-HCRMC-01911618);

- Bates-stamped copies of Christina Jessee's notes (US-HCRMC-01911619 to US-HCRMC-01912982); and

- Handwritten notes recently identified by Becky Clearwater (US-HCRMC-01912983 to US-HCRMC-01913113)

The password to access the files is B@Zf!9VeJ2.

The production contains documents which have been marked CONFIDENTIAL –PHI pursuant to the terms of the May 27, 2016 Protective Order, ECF No. 171.

We will be producing the draft "beneficiary profile" reports this week.

-2-

Please do not hesitate to contact me with any questions.

                          Sincerely,

                          /s/
                      Allison Cendali
                      Commercial Litigation Branch
                      Civil Division