UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES ex rel.<br>RIBIK et al.,<br>    Plaintiffs,<br><br>    v.<br><br>HCR MANOR CARE, INC., et al.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 1:09-cv-13<br>)<br>)<br>)<br>) |

ORDER

In an administrative error, the Court issued an Order (Dkt. 649) granting partial summary judgment. Upon recognizing the error, it is hereby

ORDERED that the Order (Dkt. 649) is VACATED.

ENTERED this 26th day of October, 2017.

                                              /s/
                                       THERESA CARROLL BUCHANAN
                                       UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia