```
            UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                 Alexandria Division
```

UNITED STATES ex rel.           )
CHRISTINE A. RIBIK,             )
    Plaintiff,                  )
                                )
    v.                          )   Civ. No. 1:09-cv-13
                                )
MANOR CARE INC., et al.,        )
    Defendant.                  )
                                )

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendants' Motion for Sanctions for Expert Discovery Violations (Dkt. 616) is GRANTED. Dr. Rebecca Cleawater's expert report is stricken, Dr. Rebecca Clearwater's deposition testimony is stricken, and Dr. Rebecca Clearwater will not be allowed to testify at trial. Defendants are directed to submit to the Court a statement of attorneys' fees and costs related to bringing its motion for sanctions.

ENTERED this 27th day of October, 2017.

                                              /s/
                                    Theresa Carroll Buchanan
                                    United States Magistrate Judge

                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia