IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* RIBIK and SLOUGH, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBERS: |
| ) | 1:09cv13     (CMH/TCB) (LEAD CASE) |
| HCR MANORCARE, INC., MANOR ) | 1:14cv1228   (CMH/TCB) |
| CARE, INC., HCR MANOR CARE ) | |
| SERVICES, LLC, AND HEARTLAND ) | |
| EMPLOYMENT SERVICES LLC, ) | |
| ) | |
| *Defendants*. ) | |

### ORDER

This matter is before the Court on the United States' Motion to Seal Exhibits 5 and 7 to the United States' Memorandum in Opposition to Defendants' Motion for Sanctions for Expert Discovery Violations ("Opposition"). Along with the Motion to Seal, the United States has filed a non-confidential notice identifying the Motion to Seal as a sealing motion. This notice satisfies the requirement to provide notice to the public of the sealing request and affords a reasonable time for objection to the request. The United States has filed the Motion to Seal because pursuant to Paragraphs 3, 4, and 20 of the May 27, 2016 Protective Order ("Protective Order") that this Court entered at the request of the parties, exhibits that are documents containing Protected Health Information and/or Confidential Information are Protected Material to be filed under seal. See Docket No. 171 at ¶¶ 3, 4, 20. Exhibits 5 and 7 are documents which contain Protected Health Information.

As such, the Court determines that there are no other less drastic alternatives to sealing

Exhibits 5 and 7 to the Opposition. It is hereby ordered that for good cause shown, the United States' Motion to Seal is GRANTED and Exhibits 5 and 7 shall remain under seal by the Clerk unless otherwise directed.

It is so ORDERED

ENTERED this 2nd day of Nov, 2017

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Judge