**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RIBIK, | CIVIL ACTION NUMBER: |
| Plaintiffs, | 1:09-cv-0013 (CMH/TCB) (Lead Case) |
| v. | |
| HCR MANORCARE, INC., *et al.*, | |
| Defendants. | |

# DEFENDANTS' MOTION FOR SANCTIONS REGARDING THE UNITED STATES' IMPROPER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR Manor Care Services, LLC, and Heartland Employment Services, LLC (collectively the "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 16(f)(1)(C), respectfully submit this Motion for Sanctions Regarding the United States' Improper Opposition to Defendants' Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum in Support, Defendants respectfully request that the following sanctions be imposed for these violations: (1) the facts contained in Defendants' Statement of Undisputed Facts be deemed admitted to by DOJ and (2) that Appendix A to DOJ's Opposition not be considered in ruling on Defendants' Motion for Summary Judgement and the portion of DOJ's Opposition containing its alleged Counterstatement of Undisputed Facts (Opp. at pp. 2-26), Appendices B and C, and all exhibits related thereto not be considered in ruling on Defendants' Motion for Summary Judgment.

A proposed Order is attached.

Dated: November 3, 2017

Respectfully submitted,

HCR MANORCARE, INC.
MANOR CARE, INC.
HCR MANOR CARE SERVICES, LLC
HEARTLAND EMPLOYMENT SERVICES, LLC

By Counsel

/s/

Katherine J. Seikaly (VSB No. 71438)
Eric A. Dubelier
Carol C. Loepere
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com
edubelier@reedsmith.com
cloepere@reedsmith.com

Melissa A. Geist (pro hac vice)
Reed Smith LLP
136 Main Street, Suite 250
Princeton, NJ 08540
609-987-0050 (phone)
609-951-0824 (fax)
mgeist@reedsmith.com

Marilyn A. Moberg (pro hac vice)
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
213-457-8035 (phone)
213-457-8080 (fax)
mmoberg@reedsmith.com

*Counsel for Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR Manor Care Services, LLC, and Heartland Employment Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael D. Granston
Andy J. Mao
David B. Wiseman
Allison Cendali
Amy L. Likoff
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-8297
Fax: (202) 514-0280
david.wiseman@usdoj.gov

Monika L. Moore
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
Tel: (703) 299-3779
Fax: (703) 299-3983
Monika.Moore@usdoj.gov

*Counsel for the United States*

Jeffrey J. Downey
Law Office of Jeffrey J. Downey
8270 Greensboro Drive
Suite 810
McLean, VA 22102
Tel: (703) 564-7318
Fax: (703) 883-0108
jdowney@jeffdowney.com

*Counsel for Relator Christine Ribik*

Ashish Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104-5152

*Counsel for Relator Marie Slough*

/s/
Katherine J. Seikaly (VSB No. 71438)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com

*Counsel for Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR Manor Care Services, LLC, and Heartland Employment Services, LLC*