# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RIBIK,<br><br>　　Plaintiffs,<br><br>v.<br><br>HCR MANORCARE, INC., *et al.,*<br><br>　　Defendants. | CIVIL ACTION NUMBER:<br><br>1:09-cv-0013 (CMH/TCB) (Lead Case) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 9, 2017, at 10:00 am, or as soon thereafter as they may be heard, Defendants will bring forward for hearing their Motion for Sanctions Regarding the United States' Improper Opposition to Defendants' Motion for Summary Judgment.

Dated:  November 3, 2017

　　　　　　　　　　　　　　　　　　　　　HCR MANORCARE, INC., MANOR CARE, INC., HCR MANOR CARE SERVICES, LLC HEARTLAND EMPLOYMENT SERVICES, LLC

By Counsel

/s/
Katherine J. Seikaly (VSB No. 71438)
Eric A. Dubelier (*pro hac vice*)
Carol C. Loepere (*pro hac vice*)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200 (phone)
(202) 414-9299 (fax)
kseikaly@reedsmith.com
edubelier@reedsmith.com
cloepere@reedsmith.com

Melissa A. Geist (*pro hac vice*)
Reed Smith LLP
136 Main Street, Suite 250
Princeton, NJ 08540
(609) 987-0050 (phone)
(609) 951-0824 (fax)
mgeist@reedsmith.com

Marilyn A. Moberg (*pro hac vice*)
REED SMITH LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
(213) 457 8035 (phone)
(213) 457 8080 (fax)
mmoberg@reedsmith.com

*Counsel for Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR Manor Care Services, LLC, and Heartland Employment Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael D. Granston
Andy J. Mao
David B. Wiseman
Allison Cendali
Amy L. Likoff
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-8297
Fax: (202) 514-0280
david.wiseman@usdoj.gov

Monika L. Moore
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
Tel: (703) 299-3779
Fax: (703) 299-3983
Monika.Moore@usdoj.gov

*Counsel for the United States*

Jeffrey J. Downey
The Law Office of Jeffrey J. Downey, P.C.
8270 Greensboro Drive
Suite 810
McLean, VA 22102
Tel: (703) 564-7318
Fax: (703) 883-0108
jdowney@jeffdowney.com

*Counsel for Relator Christine Ribik*

Ashishi Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104-5152

*Counsel for Relator Marie Slough*

/s/
Katherine J. Seikaly (VSB No. 71438)
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com
*Counsel for Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR Manor Care Services, LLC, and Heartland Employment Services, LLC*