IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Christine Ribik,<br><br>  Plaintiffs,<br><br>v.<br><br>HCR MANOR CARE INC. et al.,<br><br>  Defendants | Civil Action No. 1:09 cv 13-CMH-TCB<br>(Lead Case) |

## RELATOR'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER EXCLUDING DOCTOR CLEARWATER

COMES NOW Relator, Christine Ribik, by counsel, and files her Objections to the Magistrate Judge's Order (Dkt. 663) excluding Doctor Clearwater and in support thereof, states as follows:

Relator Christine Ribik, as an interested party and pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. 636(b), hereby respectfully submits her Objections to Magistrate Judge Buchanan's October 27, 2017 order (Dkt 663) and rulings underlying said order, as reflected in the transcript of this proceedings. Dkt. 664.

In support of her objections, Relator submits a supporting memorandum and respectfully requests that this Court reverse the Magistrate Judge's order and allow this case to go forward on the merits, as consistent with prior holdings of the Fourth Circuit Court of Appeals.

Respectfully Submitted,

1

/s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq., VA Bar #31992
The Law Office of Jeffrey J. Downey, PC
8270 Greensboro Drive, Suite 810
McLean, VA 22102
Ph: 703-564-7318
Fax: 703-883-0108
*Counsel for Plaintiff/Relator, Christine Ribik*

/s/ Kevin L. Locklin
Kevin L. Locklin, VSB No. 21081
9253 Mosby Street, Suite 100
Manassas, Virginia 20110
(703) 392-6686 Phone
(703) 393-7999 Fax
*Co- Counsel for Plaintiff/Relator, Christine Ribik*

## CERTIFICATE OF SERVICE

I HEREBY AFFIRM that a true and correct copy of the foregoing Relator's Objections to the Magistrate Judge's Rulings sent to the below referenced parties and/or their counsel and on all counsel of record by using the CM/ECF system, which generated a Notice of Electronic filing, on this 8th day of November, 2017:

Robert O. Wilson
Finkelstein Thompson LLP
1077 30th Street, N.W., Suite 150
Washington, DC 20007
*Counsel for Relator Patrick Carson*

William L. Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
*Counsel for Relator Patrick Carson*

Eric Dubelier
Katherine J. Seikaly
Daniel Z. Herbst
Carol C. Loepere

Ashish S. Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104
*Counsel for Relator Marie Slough*

Jeffrey J. Downey
The Law Office of Jeffrey J. Downey PC
8270 Greensboro Drive, Suite 810
McLean, VA 22102
*Counsel for Plaintiff/Relator Christine Ribik*

Monika Moore, AUSA
2100 Jamieson Ave
301 K Street, NW

Brent R. Gary
Suite 1100 East Tower
Washington, DC 20005
*Counsel for HCR ManorCare Inc,
Manorcare, Inc, HCR ManorCare Services, LLC
and Heartland Employment Services, LLC*

Alexandria VA, 22314
*Counsel for the United States*


/s/ Kevin L. Locklin
Kevin L. Locklin, VSB No. 21081
Locklin & Coleman, PLLC
9253 Mosby Street, Suite 100
Manassas, Virginia  20110
(703) 392-6686 Phone
(703) 393-7999 Fax
*Co- Counsel for Plaintiff/Relator, Christine Ribik*