IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* Christine Ribik, <br><br> Plaintiffs, <br><br> v. <br><br> HCR MANOR CARE INC. et al., <br><br> Defendants | Civil Action No. 1:09 cv 13-CMH-TCB <br> (Lead Case) |

## RELATOR'S MEMORANDUM IN SUPPORT OF HER MOTION TO PRECLUDE THE DOJ AND DEFENDANTS FROM REMOVING MATTERS FROM THE COURT'S DOCKET, INCLUDING PENDING MOTIONS FOR SUMMARY JUDGMENT, UNLESS THIS PURPORTED SETTLEMENT IS APPROVED BY THE COURT

COMES NOW Relator, Christine Ribik, by counsel, and files this, her Supporting Memorandum in Support of her Motion to Preclude the DOJ and Defendants from Removing Matters from the Court's Docket, including Pending Motions for Summary Judgment, unless this Purported Settlement is Approved by the Court, and in support thereof, states as follows:

1. On November 8, 2017, the DOJ informed Relator that they had reached the basic terms of a "settlement" with Defendants, but were working to finalize the details.

2. Under 31 U.S.C. § 3730(c)(2)(B), the Government cannot settle a case without Relator's consent and where Relator objects to the settlement, the Court must conduct a hearing to determine if the proposed settlement is "fair, adequate and reasonable."

3. Relator Ribik and likely Relator Slough[1] intend on requesting a hearing regarding DOJ's proposed "settlement" with the Defendants on the grounds that it is not fair, adequate or reasonable by its terms. Allowing dismissal without such a hearing involving judicial review, would render the approval provisions of the FCA meaningless. *United States ex rel.* Schweizer. V. Oce, *N.V*, 677 F.3d 1228 (D. D.C. 2012).

Wherefore, these and other premises considered, Plaintiff respectfully requests that the Court not remove any pending Motions, most notably the Summary Judgment Motions, that are currently pending for resolution on November 9, 2017. A proposed order is attached.

Respectfully Submitted,

/s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq., Va Bar #31992
The Law Office of Jeffrey J. Downey, PC
8270 Greensboro Drive,
Suite 810
McLean, VA 22102
Ph: 703-564-7318
Fax: 703-883-0108
*Counsel for Plaintiff, Christine Ribik*

**CERTIFICATE OF SERVICE**

I HEREBY AFFIRM that a true and correct copy of the foregoing Memorandum was sent to the below referenced parties and/or their counsel, via first class mail, postage prepaid and was also served on all counsel of record by using the CM/ECF system, which generated a Notice of Electronic filing, on this 8th day of November 2017 :

---

[1] Based on prior discussions with Counsel for Slough regarding initial settlement discussions, Relator believes that Relator Slough will join her Motion, but counsel for Ribik could not reach counsel for Slough before filing this motion today.

Robert O. Wilson
Finkelstein Thompson LLP
1077 30th Street, N.W., Suite 150
Washington, DC 20007
*Counsel for Relator Patrick Carson*

William L. Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
*Counsel for Relator Patrick Carson*

Ashish S. Joshi
Lorandos Joshi
2400 S. Huron Parkway
Ann Arbor, MI 48104
*Counsel for Relator Marie Slough*

1425 River Park Drive, Suite 300
Sacramento, CA 95815
*Counsel for the State of California*

Eric Dubelier
Reed Smith
1301 K Street, NW
Suite 1100 East Tower
Washington, DC 20005
Counsel for HCR ManorCare Inc,
Manorcare, Inc, HCR ManorCare Services, LLC
And Heartland Employment Services, LLC

Monika Moore, AUSA
2100 Jamieson Ave
Alexandria Va, 22314
*Counsel for the United States*

/s/ Jeffrey J. Downey
Jeffrey J. Downey

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Christine Ribik,<br><br>      Plaintiffs,<br><br>v.<br><br>HCR MANOR CARE INC. et al.,<br><br>      Defendants | Civil Action No. 1:09 cv 13-CMH-TCB<br>(Lead Case) |

[Proposed] Order

This Matter comes before the Court this day on Relator Christine Ribik's Motion to Preclude the DOJ and Defendants from Removing Matters from the Court's Docket, including Pending Motions for Summary Judgment, unless this Purported Settlement is Approved by the Court;

As Relator Ribik has a right to object to any settlement pursuant to 31 U.S.C. § 3730(c)(2)(b) and has affirmatively indicated her opposition to the Government and Defendants' proposed settlement, it is hereby,

ORDERED that Relator's Motion is Granted and the Court shall not remove any pending motions from the docket until such time as the Court has either approved the settlement or a final order has been entered.

_____                                _____
                                                                          U.S. District Court Judge