IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* RIBIK, SLOUGH, *and* CARSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBERS: |
| v. ) | 1:09cv13    (CMH/TCB) |
| ) | 1:14cv1228 (CMH/TCB) |
| HCR MANORCARE INC, MANOR ) | 1:11cv1054  (CMH/TCB) |
| CARE INC, HCR MANORCARE ) | |
| SERVICES LLC, and HEARTLAND ) | |
| EMPLOYMENT SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the United States' Motion to Dismiss. It is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that all claims in the United States' Consolidated Complaint In Intervention, Dkt. 09-cv-13 No. 84; Relator Christine Ribik's Amended Complaint, Dkt. 09-cv-13 No. 23; and Relator Marie Slough's Complaint, Dkt. 14-cv-1228 No. 1, are dismissed with prejudice.

It is FURTHER ORDERED that the United States and Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR ManorCare Services, LLC, and Heartland Employment Services, LLC, and Relators shall each bear their own costs and fees in connection with the litigation of this action.

It is so ORDERED.

ENTERED this 27th day of November, 2017

Claude M. Hilton
United States District Judge